Steven M. JOHNSON, Plaintiff–Appellant,

v.

MARYLAND DIVISION OF CORRECTION, Defendant–Appellee.

No. 02–6475.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Steven M. Johnson, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Steven M. Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint and denying his motion for the appointment of counsel. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Johnson v. Md. Div. of Corr.*, No. CA–01–3573 (D.Md. Mar. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*